**Delores A. FRYE, Plaintiff–Appellant,**

v.

**PULTE CORPORATION; Pulte Home Corporation, d/b/a Stoneridge Builders and Developers, Defendants–Appellees,**

and

**Stoneridge Builders and Developers, Defendant.**

No. 01–1897.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 15, 2001.

Delores A. Frye, pro se.

Steven William Ray, Michelle B. Radcliffe, Ray & Isler, P.C., Vienna, VA, for appellees.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Delores A. Frye appeals from the district court's order denying her Fed. R.Civ.P. 60(b) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Frye v. Pulte Corp.*, No. CA–00–905–A (E.D. Va. filed June 21, 2001; entered June 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*